

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00877-CV

Joe Jesse **PONCE**, III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI13669
Honorable Janet L. Leal, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 30, 2021.

_____
Patricia O. Alvarez, Justice